

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00295-CV

**SERVICE LIFE & CASUALTY INSURANCE COMPANY**,
Appellant

v.

**TRINITY MESA REAL ESTATE SERVICES, LLC** and Matthew Coale,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-05243
Honorable Stephani A. Walsh, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Delivered and Filed:  July 19, 2017

PETITION DENIED, DISMISSED FOR WANT OF JURISDICTION

Appellees sued Service Life & Casualty Insurance Co., alleging breach of contract claims. The trial court denied Service Life's motion for summary judgment and granted Service Life permission to appeal. Service Life filed a petition for permissive appeal in this court, appellees filed a response, and Service Life filed a reply. Having considered the party's filings, we deny Service Life's petition for permissive appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(f) (West Supp. 2016). Because we otherwise lack jurisdiction over an appeal from a denial of a

motion for summary judgment, this appeal is dismissed for want of jurisdiction. *See Cullum v. White*, 399 S.W.3d 173, 188-89 (Tex. App.—San Antonio 2011, pet. denied).

PER CURIAM